Case 2:09-02482-SHM Doc 336 Filed 11/14/12 Entered 11/14/12 15:26:37 Desc Main
Document - Motion to Dismiss Adversary Proceeding    Page 1 of 3

Case 09-00482-jdl    Doc 60    Filed 11/14/12    Entered 11/14/12 15:26:37    Desc Main Document    Page 1 of 3

Exhibit 1

**Dated: November 14, 2012**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 08-28289-JDL |
| EARL BENARD BLASINGAME and | |
| MARGARET GOOCH BLASINGAME | |
| | CHAPTER 7 |
| DEBTOR | |
| | |
| CHURCH JOINT | |
| VENTURE, a Limited Partnership | PLAINTIFFS |
| | |
| VS. | ADV. PROC. 09-00482 |

**EARL BENARD BLASINGAME and**
**MARGARET GOOCH BLASINGAME,**
Debtor/Defendants,
**KATHERINE BLASINGAME CHURCH,**
**EARL BENARD "BEN" BLASINGAME, JR., Necessary Parties.**
**BLASINGAME FAMILY BUSINESS INVESTMENT TRUST,**
**BLASINGAME FAMILY RESIDENCE GENERATION SKIPPING TRUST,**
**THE BLASINGAME TRUST**
Defendant Trusts,

**FLOZONE SERVICES, INC.;**
**FIBERZONE TECHNOLOGIES, INC.;**
**BLASINGAME FARMS, INC.;**
**GF CORPORATION;**
**AQUA DYNAMICS GROUP CORPORATION;**
Defendant Corporations.

_____

### CONSENT ORDER GRANTING MOTION TO DISMISS COUNTS I, II, VI, VII AND VIII OF THE COMPLAINT
_____

Pursuant to the District Court's Order Adopting The Bankruptcy Judge's Recommendation As To Defendant's Motion to Dismiss Counts I, II, VI, VII, and VIII of Complaint, and upon consent of the parties, the Court finds that the Non-Debtor Defendants' Motion to Dismiss Counts I, II, VI, VII and VIII of the Complaint should be granted.

WHEREFORE, IT IS HEREBY ORDERED that Counts I, II, VI, VII, and VIII of the Plaintiff's complaint against the Non-Debtor Defendants should be dismissed without prejudice for lack of subject matter jurisdiction. The Court shall retain jurisdiction over the remaining counts of the complaint against the Debtor Defendants.

IT IS SO ORDERED.

APPROVED AS TO FORM:

BUTLER SNOW O'MARA STEVENS & CANNADA, PLLC

By: */s/ Michael P. Coury*
Michael P. Coury (TN# 007002)
P. O. Box 171443
Memphis, Tennessee 38187-1443
Telephone: (901) 680-7348
Facsimile: (901) 680-7201
Mike.coury@butlersnow.com
Attorneys for Non-Debtor Defendants

CANTER HANGER LLP

By:/s/ Bruce W. Akerly
Bruce W. Akerly (TX Bar 00953200)
1999 Bryan Street, Suite 3330
Dallas, Texas 75201-3100
Telephone: 214-978-4129
bakerly@canterhanger.com
Attorneys for Church Joint Venture

Case 2:09-cv-00082-SDW Document 1435-1 Filed 01/23/17 Page 33 of 33 PageID 6639

ButlerSnow 14285059v1